FILED

2006 JUN 23 P 1: 50

U.S.

[FILED UNDER SEAL]
UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | 3:02CR200363 (PCD) |
|---|---|---|
| VS. | : | |
| GAI NOIMAN | : | JUNE 19, 2006 |

## MOTION FOR MODIFICATION OF JUDGMENT

The Defendant, Gai Noiman, in the above-captioned criminal action respectfully moves to modify the Judgment dated September 17, 2003, by which the Court, the Hon. Peter C. Dorsey, U.S.D.J., imposed sentence. The defendant respectfully represents:

1. That by said sentence, the defendant was placed on probation for a term of four (4) years, with the first six months of his probation to be served in a Halfway House, and then followed by confinement to his home for a period of six months.

2. The defendant was fined the sum of $7,500.00, which has been paid in full, and ordered to perform 300 hours of community service, which the defendant completed through working for OPMAD (Organized Parents Make a Different), an after-school program for inner-city school children. (Although the defendant completed his required community service, he still performs volunteer services for OPMAD.)

3. That on February 25, 2004 the Court granted the defendant's Motion for Clarification and Modification of Judgment dated February 20, 2004 which provided, <u>inter alia,</u> for modification of the terms of the defendant's probation in order to permit him to travel out-of-state for employment activities on a day-to-day and overnight basis.

4. That since said sentencing, the defendant has led an exemplary life, graduating at the top of his class in May 2004 with a degree of Bachelors of Science in Business Administration from the Barney School of Business of the University of Hartford and maintaining employment since (now in a management position) on or about January 2003 with Benistar Client Services, Inc. of Simsbury, Connecticut and its affiliate Benefit Plan Advisors, LLC ("BPA").

5. Attached hereto is a letter hereto dated May 31, 2006 from the defendant which sets forth his responsibilities at BPA and a letter dated June 14, 2006 from Daniel E. Carpenter, the Chairman of Benistar, in support of the defendant's request for a reduction of sentence. As founder and President of BPA, the defendant is responsible for the management of all marketing, design, and administration of the various Section 419 employee welfare benefit plans and trusts that are provided by BPA. The defendant supervises a staff of six (6) junior executives. BPA is affiliated with NOVA

Benefit Plans, which is the largest administrator of Multiple Employer Benefit Trusts in the country.

6. The defendant travels regularly all across the country to conduct seminars and study groups for professionals interested in BPA's various employee welfare benefit plans. Most of BPA's major relationships with large CPA firms, General Agents and Carrier Regional Offices of Life Insurance companies are situated on the West Coast. Since August 2005, the defendant has traveled to the West Coast more than ten (10) times.

7. The defendant is responsible for generating and maintaining BPA's carrier relationships with life insurance companies (ie. AIG, ING, Lincoln Life) which requires that the defendant be mobile and ready to travel across the country on short notice.

8. Since BPA has been developing new plans and maintaining successful existing plans, the defendant foresees a need to travel dramatically increasing this year and in the future. Hence, this motion for modification of judgment is an important element for him and his future.

9. Counsel has spoken to the defendant's Probation Officer, Jennifer Amato, who has confirmed that the defendant has been an exemplary probationer. She has indicated that the Probation Office takes no position on this Motion.

10. Counsel spoke with U.S. Attorney Michael Gustafson on June 14, 2006 regarding the Government's position on this matter and he indicated that the Government has no objection.

Wherefore, the defendant Gai Noiman, respectfully moves for modification of the Judgment of sentencing to terminate the remaining period of probation effective of the Court's granting of the motion.

DEFENDANT, GAI NOIMAN

By_____
Brian J. Woolf, Esq.
THE LAW OFFICES OF BRIAN J. WOOLF, LLC
50 Founders Plaza
East Hartford, CT 06108
Tel. No. (860) 290-8690
Federal Juris No.: 10227
His Attorneys